UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., a Florida not-for-profit corporation, and DENISE PAYNE, Individually, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **JUDGMENT** No. 5:11-CV-741-FL |
| BIG LOTS STORES, INC., an Ohio Corporation, | ) ) ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 4, 2012, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. The plaintiffs shall have an recover nothing from this action.

**This Judgment Filed and Entered on September 5, 2012, and Copies To:**

Jacqueline Yvonne London (via CM/ECF Notice of Electronic Filing)
David S. Pokela (via CM.ECF Notice of Electronic Filing)

September 5, 2012                     JULIE A. RICHARDS, CLERK
                                       /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk